MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

THOMAS M. O'CONNELL (NYSBN 1501950)
DANIEL R. KALEBA (CABN 223789)
Assistant United States Attorneys

   150 Almaden Boulevard, Suite 900
   San Jose, CA 95113
   Telephone: (408) 535-5061
   Fax:  (408) 535-5066
   E-Mail: thomas.m.oconnell@usdoj.gov
          daniel.kaleba@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00558 LHK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER EXCLUDING TIME |
| v. | ) | |
| | ) | |
| MICHAEL LEON RUELAS and | ) | |
| LORENZO ISRAEL GARCIA, | ) | |
| | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 11-00559 EJD |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LORENZO ISRAEL GARCIA, | ) | |
| | ) | |
| Defendant. | ) | |

//

//

| | | |
|---|---|---|
| 1 | UNITED STATES OF AMERICA, ) | No. CR 11-00560 DLJ |
| 2 | Plaintiff, ) | |
| 3 | v. ) | |
| 4 | MICHAEL LEON RUELAS, ) | |
| 5 | Defendant. ) | |

| | | |
|---|---|---|
| 7 | UNITED STATES OF AMERICA, ) | No. CR 11-00706 DLJ |
| 8 | Plaintiff, ) | |
| 9 | v. ) | |
| 10 | MIGUEL ANGEL GONZALEZ and ) MICHAEL LEON RUELAS, ) | |
| 11 | Defendants. ) | |

On November 3, 2011, the court ordered the above cases related pursuant to Criminal Local Rule 8-1. The first case, charging defendants MICHAEL LEON RUELAS (CR 11-00558 LHK) was set for November 16, 2011 before Judge Koh. His co-defendant, LORENZO ISRAEL GARCIA is set for December 7, 2011, also before Judge Koh. The remaining captioned cases are scheduled before Judges Jensen and Davila.

The cases were all put over so that so that the discovery process could be commenced and defense counsel would have sufficient time to review the materials and confer with their clients. However, in order to comply with Local Rule 8-1, the cases must be consolidated to the same dates. Moreover, discovery is still not complete. The parties therefore hereby stipulate and agree to continue the matters until December 14, 2011, and to exclusions of time under the Speedy Trial Act, and that said exclusions of time are appropriate based on the defendants' need for effective preparation of counsel.

SO STIPULATED:            MELINDA HAAG
United States Attorney

DATED: November 16, 2011        _____/s/_____
THOMAS M. O'CONNELL
Assistant United States Attorney

| | |
|---|---|
| DATED: November 16, 2011 | _____/s/_____<br>DIANA WEISS<br>Counsel for Gonzalez |
| DATED: November 16, 2011 | _____/s/_____<br>LARA VINNARD<br>Counsel for Ruelas |
| DATED: November 16, 2011 | _____/s/_____<br>JACK GORDON<br>Counsel for Gonzalez |

Accordingly, for good cause shown, the Court HEREBY ORDERS that the above cases are continued until December 14, 2011. The Court further finds that based on the defendant's need for effective preparation of counsel, the ends of justice served by granting the requested continuance outweigh the interest of the public and the defendant in a speedy trial. The failure to grant the requested continuance would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§ 3161(h) (7)(B)(iv).

SO ORDERED.

DATED: 11/17/11

_Lucy H. Koh_
LUCY H. KOH
United States District Judge