STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant RUELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RUELAS,<br><br>Defendant. | Nos. CR 11- 00558 - LHK<br>CR 11- 00560 - LHK<br>CR 11- 00706 - LHK<br><br>STIPULATION AND REQUEST TO CONTINUE SENTENCING HEARING DATE TO APRIL 10, 2013; AND [~~PROPOSED~~] ORDER |

**STIPULATION**

Defendant Michael Ruelas, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Thomas M. O'Connell, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing presently set for Wednesday, March 27, 2013, at 9:00 a.m., be continued to Wednesday, April 10, 2013, at 9:00 a.m.

Defendant Michael Ruelas has pled guilty and a sentencing hearing is presently set for March 27, 2013. The parties respectfully ask that the sentencing hearing date be continued to help facilitate the completion of the presentence report investigation and to allow additional time to prepare for the sentencing hearing. United States Probation Officer Benjamin Flores, who has

Stipulation and [~~Proposed~~] Order Continuing
Hearing                                    1

1 | been assigned to conduct the presentence investigation, has been consulted about the requested
2 | continuance and has no objection.
3 |
4 | Dated: March 19, 2013
5 |                         /s/
                    VARELL L. FULLER
                    Assistant Federal Public Defender

Dated March 19, 2013                     /s/
                    THOMAS M. O' CONNELL
                    Assistant United States Attorney

//
//

**[~~PROPOSED~~] ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Wednesday, March 27, 2013, at 9:00 a.m. is continued to Wednesday, April 10, 2013, at 9:00 a.m.

Dated: 3/20/13

*/s/ Lucy H. Koh*
THE HONORABLE LUCY H. KOH
United States District Court Judge