```
1  JACK GORDON; SBN 169380
   1885 The Alameda, Suite 214
2  San Jose, CA 95126
   Tel. (408)286-1351
3

4  Attorney for Defendant,
   Lorenzo Garcia
5

6

7                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
8                         SAN JOSE DIVISION

9
   UNITED STATES OF AMERICA,           No. CR-11-00558-LHK
10                                         CR-11-00559-LHK
                 Plaintiff,
11
   vs.
12                                      STIPULATION TO CONTINUE
                                        AND EXCLUDE TIME;
13                                      ~~PROPOSED~~ ORDER
   LORENZO ISRAEL GARCIA,
14

15               Defendants.

16
   _____/
17

18      THE ABOVE LISTED PARTIES STIPULATE AS FOLLOW:

19      Defendant Garcia is scheduled to be sentenced before the

20 Honorable Lucy H. Koh on 3/27/13 at 9:00 a.m. The parties require

21 a continuance to allow for the completion of the U.S. Probation

22 pre-sentencing report. After communications with the parties and

23 the United States Probation Officer preparing the report it

24 appears that ~~May 29,~~ June 5, 2013 would be an appropriate date for

25 sentencing.

26

27

28
                                1
```

The parties respectfully request that the Court continue Garcia's sentencing from March 27, 2013 to ~~May 29,~~ June 5, 2013 at 9:00 a.m.

IT IS SO STIPULATED

Dated: 3/22/13

/s/
_____
Jack Gordon
Attorney for Def. Garcia

Dated: 3/22/13

/s/
_____
Thomas O'Connell
Assistant U.S. Attorney

## [~~PROPOSED~~] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that the sentencing hearing for defendant Lorenzo Garcia be continued from March 27, 2013 to May 29, 2013 at 9:00 a.m. and that the intervening time be excluded under The Speedy Trial Act.

IT IS SO ORDERED.

DATED: 3/25/13

_____
The Honorable Lucy Koh
District Court Judge