STEVEN G. KALAR
Federal Public Defender
VARELL L. FULLER
Assistant Federal Public Defender
160 West Santa Clara Street, Suite 575
San Jose, CA 95113
Telephone: (408) 291-7753

Counsel for Defendant RUELAS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL RUELAS,<br><br>Defendant. | Nos.  CR 11- 00558 - LHK<br>        CR 11- 00560 - LHK<br>        CR 11- 00706 - LHK<br><br>STIPULATION AND REQUEST TO CONTINUE SENTENCING HEARING DATE TO APRIL 17, 2013; AND [PROPOSED] ORDER |

## STIPULATION

Defendant Michael Ruelas, by and through Assistant Federal Public Defender Varell L. Fuller, and the United States, by and through Assistant United States Attorney Thomas M. O'Connell, hereby stipulate and agree, subject to the Court's approval, that the sentencing hearing presently set for Wednesday, April 10, 2013, at 9:00 a.m., be continued to Wednesday, April 17, 2013, at 9:00 a.m.

Defendant Michael Ruelas has pled guilty and a sentencing hearing is presently set for March 27, 2013.  The defense respectfully ask that the sentencing hearing date be continued one week to permit Mr. Ruelas's family to attend, who are unable to attend the April 10th sentencing hearing date.  United States Probation Officer Benjamin Flores, who has prepared and submitted

Stipulation and [Proposed] Order Continuing
Hearing                                           1

the final Presentence Report, has been consulted about the requested continuance and has no objection.

Dated: April 1, 2013

_____/s/_____
VARELL L. FULLER
Assistant Federal Public Defender

Dated: April 1, 2013

_____/s/_____
THOMAS M. O' CONNELL
Assistant United States Attorney

//
//

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, and by stipulation of the parties, it is hereby ordered that the sentencing hearing date set for Wednesday, April 10, 2013, at 9:00 a.m. is continued to Wednesday, April 17, 2013, at 9:00 a.m.

Dated:  4/2/13

_____
THE HONORABLE LUCY H. KOH
United States District Court Judge